

# NUMBER 13-21-00348-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALICIA THOMPSON, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF CURTIS BROWN ESTATE,                                    Appellant,

v.

REGENCY IHS OF WHARTON, LLC,                                    Appellee.

## On appeal from the 329th District Court
## of Wharton County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Justice Benavides**

Appellant, proceeding pro se, filed a notice of appeal on October 12, 2021. On

October 14, 2021, the Clerk of the Court notified appellant that the notice of appeal was

not in compliance with Texas Rules of Appellate Procedure 9.5 and 25.1. See TEX. R.

APP. P. 9.5, 25.1. To date, appellant has neither responded nor cured the defects in the notice of appeal.

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, fax number, if any, and email address." *Id.* R. 9.1(b). On November 5, 2021, the Clerk of the Court notified appellant that a filing fee was past due and if the fee was not paid within ten days, the appeal would be dismissed. On November 22, 2021, the Clerk of the Court sent a second notice regarding the defects in appellant's notice of appeal. Each notice was returned undeliverable and marked "unable to forward." The clerk's office contacted appellant via telephone, and appellant indicated she had received the notices via email. However, appellant has not taken any action to prosecute this appeal since October 2021.

Furthermore, Rule 42.3 permits an appellate court, after giving ten days' notice to all parties, to dismiss an appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *Id.* R. 42.3(b), (c). Accordingly, we dismiss the appeal for want of prosecution. *See id.*

GINA M. BENAVIDES
Justice

Delivered and filed on the
20th day of January, 2022.

2